tIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Latoya Geathers,<br><br>    Plaintiff,<br><br>v.<br><br>Credence Resource Management, LLC;<br>and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No. 3:24-cv-00189-FDW-DCK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT CREDENCE RESOURCE MANAGEMENT, LLC** |

    Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Credence Resource Management, LLC ("CRM"). Plaintiff and CRM are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against CRM will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

    Dated: July 8, 2024

                                              /s/ Chris Brown
                                              Chris Brown
                                              121 Kendlewick Dr.
                                              Cary, NC 27511
                                              919-656-4492
                                              Chijae66@gmail.com
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Chris Brown*