UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:24-cv-00189-FDW-DCK

| | |
|---|---|
| LATOYA GEATHERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., AND CREDENCE )<br>RESOURCE MANAGEMENT, LLC, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court following Plaintiff's response to the Show Cause Order, (Doc. No. 6), directing the parties to show cause why they failed to timely file a CIAC.

Plaintiff, through counsel, filed Notices of Settlement for each Defendant on June 28, 2024, and July 8, 2024, respectively, indicating the parties anticipate filing Stipulations of Dismissal within sixty days. Although it appears the parties intend to finalize the settlement process, the Court finds no sufficient basis under the current record to substantially extend the time for filing the CIAC or to otherwise stay the deadline for doing so. Landis v. N. Am. Co., 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); United States v. Janati, 374 F.3d 263, 273 (4th Cir. 2004) (stating that "district courts have wide-ranging control over management of their dockets" and that "[t]he scope of the district court's discretion . . . is and must be particularly broad"). Instead, the Court will allow the parties a modest extension to July 26, 2024, to file a Stipulation of Dismissal or a CIAC.

IT IS THEREFORE ORDERED that the Court extends time for the parties to file a

Certification of Initial Attorneys' Conference to July 26, 2024. If that parties fail to file a CIAC or Stipulation of Dismissal by July 26, 2024, the Court will dismiss without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Frank D. Whitney
United States District Judge